ORIGINAL



FILED

06/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0298

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0298

GREGORY DEAN LEHMAN,

Petitioner,

v.

CAPTAIN SMART, YELLOWSTONE
COUNTY DETENTION CENTER,

Respondent.

ORDER

FILED

JUN 1 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Petitioner Gregory Dean Lehman has filed a Petition for Writ of Habeas Corpus, requesting additional credit for time served in 2021. In compliance with this Court's May 17, 2024 Order, counsel for the City of Billings responds that Lehman is not due any additional credit.

The City provides more information about Lehman's sentencing history. On July 21, 2021, the Municipal Court of Billings sentenced Lehman after he entered guilty pleas to seven misdemeanor offenses involving children. Lehman was in the community for eleven days between July 21 and July 31, 2021, and asserts he is entitled to credit for compliance during this timeframe. Lehman contends that no violations occurred between July 21, 2021 and July 31, 2021 and he is therefore entitled to credit for eleven days.

The City responds that Lehman did not comply with the terms of his misdemeanor probation because he was in regular contact with two minor females during the relevant timeframe, as provided in its affidavit filed in support of violation. Specifically, the City provides that one of the minor females stayed with Lehman at his residence between July 18, 2021, and August 1, 2021, according to the documented audio records. As a misdemeanant, the City states that Lehman is subject to local and municipal supervision by misdemeanor probation officers. The City maintains that Lehman is not entitled to any

elapsed time credit because of his significant and continuous non-compliance during this timeframe.

We find the City's arguments dispositive. Lehman has not shown that he is due additional credit for any elapsed time as he puts forth. He has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. Lehman has a valid sentence. Therefore,

IT IS ORDERED that Lehman's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all counsel of record; to Captain Smart, YCDC; and to Gregory Dean Lehman personally.

DATED this 18 day of June, 2024.

_____

_____

_____

_____

_____
Justices

2